SHARON L. ANDERSON (SBN 94814)
County Counsel
D. CAMERON BAKER (SBN 154432)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:   (925) 335-1800
Facsimile:    (925) 335-1866
Electronic Mail: cameron.baker@cc.cccounty.us

Attorneys for Defendant
ANDREW HALL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNIE ATIENZA, individually and as successor-in-interest to Decedent LAUDEMER ARBOLEDA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW HALL, individually and in his capacity as a City of Danville Police Officer; and DOES 1-50 inclusive,<br><br>Defendants. | No. C19-03440 RS<br><br>STIPULATION AND [PROPOSED] ORDER RE CASE SCHEDULE AND FILING OF SECOND AMENDED COMPLAINT<br><br>Crtrm:  3, 17th Floor<br>Judge: Hon. Richard Seeborg, Presiding<br>Date Action Filed:  June 17, 2019<br>Trial Date:    None Assigned |

  Whereas counsel for Plaintiff Jeannie Atienza and Defendant Andrew Hall have met and conferred regarding various case management issues, including the filing of a Second Amended Complaint, selection of a Magistrate Judge for a Settlement Conference and case schedule; and

  Whereas counsel for Plaintiff Jeannie Atienza has recently learned that Decedent Laudemer Arboleda's father, Philip Arboleda, may be alive and living in Texas, which would require adding him as a party to this litigation;

Therefore the parties, by and through their counsel, stipulate to the following:

1. Plaintiff Atienza shall file a Second Amended Complaint on or before November 15, 2019.
2. Defendant Hall's responsive pleading to Plaintiff's Second Amended Complaint shall be filed within 21 days of the filing of the Second Amended Complaint.
3. The parties request that the Court appoint Magistrate Judge Jacqueline Corley to conduct the Settlement Conference and that the Court set a deadline of February 28, 2020.
4. The parties anticipate the trial in this matter will take between 6 and 8 court days and request that the Court adopt this case schedule.

| Event | Proposed Dates |
| --- | --- |
| Last Day to Conduct Settlement Conference | February 28, 2020 |
| Last Day to Amend Pleadings/Add Parties | February 28, 2020 |
| Fact Discovery Cutoff | May 29, 2020 |
| Disclosure of Expert Witnesses | June 19, 2020 |
| Disclosure of Rebuttal Expert Witnesses | July 10, 2020 |
| Expert Witness Discovery Cutoff | July 31, 2020 |
| Last Day for Dispositive Motion Hearing | August 21, 2020 |
| Pretrial Conference | October 28, 2020 |
| Trial Date | November 9, 2020 |

5. The parties request that the Court schedule a further case management conference at 10:00 a.m. on March 12, 2020.

Dated: October 31, 2019         /s/*Adante D. Pointer*
                                ADANTE D. POINTER
                                Law Offices of John L. Burris
                                Attorneys for Plaintiff Jeannie
                                Atienza

Stipulation and [Proposed] Order re Case Schedule and Filing of Second Amended Complaint –
Case No. C19-03440 RS

DATED: October 31, 2019                         SHARON L. ANDERSON
                                                COUNTY COUNSEL


                                         By:    */s/ D. Cameron Baker*
                                                D. CAMERON BAKER
                                                Deputy County Counsel
                                                Attorneys for Defendant
                                                Andrew Hall


ATTORNEY ATTESTATION

I hereby attest that I have authorization from all of the above-named counsel to E-file this stipulation and this authority is reflected by the conformed signature ("/s/") within this E-filed document.

DATE: October 31, 2019                          */s/ D. Cameron Baker*


**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: _____, 2019
                                         By:    _____
                                                Hon. Richard Seeborg
                                                United States District Judge