SHARON L. ANDERSON (SBN 94814)
County Counsel
D. CAMERON BAKER (SBN 154432)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:   (925) 335-1800
Facsimile:   (925) 335-1866
Electronic Mail: cameron.baker@cc.cccounty.us

Attorneys for Defendant ANDREW HALL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNIE ATIENZA, individually and as successor-in-interest to Decedent LAUDEMER ARBOLEDA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW HALL, individually and in his capacity as a City of Danville Police Officer; and DOES 1-50 inclusive,<br><br>Defendants. | No. C19-03440 RS<br><br>STIPULATION AND ORDER RE AMENDED CASE SCHEDULE AS MODIFIED BY THE COURT<br><br>Crtrm:  3, 17th Floor<br>Judge: Hon. Richard Seeborg, Presiding<br>Date Action Filed:  June 17, 2019<br>Trial Date:    None Assigned |

   Whereas counsel for Plaintiff Jeannie Atienza and Defendant Andrew Hall have met and conferred regarding an amended case schedule;

   Whereas the father of Decedent Laudemer Arboleda, Philip Arboleda, has been recently added as a nominal defendant to this action; and

   Whereas the parties have recently re-scheduled the Settlement Conference before Magistrate Judge Jacqueline Corley to September 8, 2020;

   Therefore the parties, by and through their counsel, stipulate to the following:

Stipulation and Order re Amended Case Schedule– Case No. C19-03440 RS

1

1. The parties jointly request that the Court adopt the amended case schedule set out below.

| Event | Current Dates | Proposed Dates |
|---|---|---|
| Fact Discovery Cutoff | May 29, 2020 | August 28, 2020 |
| Disclosure of Expert Witnesses | June 19, 2020 | October 2, 2020 |
| Disclosure of Rebuttal Expert Witnesses | July 10, 2020 | October 23, 2020 |
| Expert Witness Discovery Cutoff | July 31, 2020 | November 13, 2020 |
| Last Day to Hear Pre-Trial Motions, Incuding Motions for Summary Judgment | August 20, 2020 | December 16, 2020 |
| Pretrial Conference | Ocotber 28, 2020 | February 10, 2021 |
| Trial Date | November 9, 2020 | February 22, 2021 |

2. The parties request that the Court schedule a further case management conference at 10:00 a.m. on September 17, 2020, or at some later date convenient to the Court, with the parties' status conference statement to be filed on week prior.

DATED: May 28, 2020              LAW OFFICES OF JOHN L. BURRIS

                                            /s/ *Adante D. Pointer*
                                            ADANTE D. POINTER

Attorneys for Plaintiff Jeannie Atienza

DATED: May 28, 2020              SHARON L. ANDERSON
                                       COUNTY COUNSEL

                                       By:      /s/ D. Cameron Baker
                                              D. CAMERON BAKER
                                              Deputy County Counsel

Attorneys for Defendant Andrew Hall

ATTORNEY ATTESTATION

I hereby attest that I have authorization from all of the above-named counsel to E-file this stipulation and this authority is reflected by the conformed signature ("/s/") within this E-filed document.

DATE: May 28, 2020              */s/ D. Cameron Baker*

**ORDER** AS MODIFIED BY THE COURT

The parties having stipulated to an amended case schedule, and good cause appearing, the Court hereby adopts the following case schedule:

| Event | Dates |
| --- | --- |
| Fact Discovery Cutoff | August 28, 2020 |
| Disclosure of Expert Witnesses | October 2, 2020 |
| Disclosure of Rebuttal Expert Witnesses | October 23, 2020 |
| Expert Witness Discovery Cutoff | November 13, 2020 |
| Last Day to Hear Pre-Trial Motions, Incuding Motions for Summary Judgment | December 17, 2020 |
| Pretrial Conference | February 10, 2021 |
| Trial Date | February 22, 2021 |

The Court sets a further case management conference to be set at 10:00 a.m. on  September 24, 2020 . The parties will file a joint status conference statement one week prior to this conference.

**IT IS SO ORDERED:**

Dated:  May 28 , 2020     By:  _____
　　　　　　　　　　　　　　　　Hon. Richard Seeborg
　　　　　　　　　　　　　　　　United States District Judge

Stipulation and Order re Amended Case Schedule– Case No. C19-03440 RS

4