JOHN L. BURRIS (State Bar No. 69888)
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile:  (510) 9839-3882
john.burris@johnburrislaw.com

ADANTE D. POINTER (State Bar No. 236229)
POINTER & BUELNA, LLP
Lawyers For The People
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Telephone: (510) 929 - 5400
apointer@lawyersftp.com

MELISSA C. NOLD (State Bar No. 301378)
NOLD LAW
Russo Building
521 Georgia Street
Vallejo, California 94590
Telephone: (707)644-4004
attorneynold@gmail.com

Attorneys for Plaintiff JEANNIE ATIENZA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNIE ATIENZA, individually and as successor-in-interest to Decedent LAUDEMER ARBOLEDA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW HALL, individually and in his capacity as a City of Danville Police Officer; and DOES 1-50 inclusive,<br><br>Defendants. | No. C19-03440 RS<br><br>**STIPULATION & ORDER TO AMEND CASE SCHEDULING ORDER AS MODIFIED BY THE COURT**<br><br>Crtrm:  3, 17th Floor<br>Judge: Hon. Richard Seeborg, Presiding<br>Date Action Filed:  June 17, 2019<br>Trial Date:    June 14, 2021 |

Stipulation and [Proposed] Order To Amend Case Scheduling Order
Case No. C19-03440 RS

1

Whereas counsel for Plaintiff Jeannie Atienza and Defendant Andrew Hall have met and conferred regarding the current case scheduling order;

Whereas the parties recently made expert disclosures and are in the process of scheduling and completing their respective expert's depositions;

Whereas the parties do not anticipate being able to move forward with the current trial date of June 14, 2021.

Whereas Hall will be filing a motion for leave to amend his Answer to the Fourth Amended Complaint, which motion will be heard on March 18, 2021;

Therefore the parties, by and through their counsel, stipulate to the following changes to the case scheduling order and respectfully request the court adopt the proposed schedule.

| Event | Current Dates | Date |
|---|---|---|
| Expert Discovery Cutoff | February 5, 2021 | April 1, 2021 |
| Dispositive Motion Hearing | April 8, 2021 | June 17, 2021 |
| Pre-Trial Conference | June 9, 2021 | November 24, 2021 |
| Jury Trial | June 14, 2021 | December 6, 2021 |

Dated: February 11, 2021

/s/ *Adante D. Pointer*
ADANTE D. POINTER
Attorneys for Plaintiff Jeannie Atienza

Dated: February 11, 2021

SHARON L. ANDERSON
COUNTY COUNSEL

By: __/s/ D. Cameron Baker__
D. CAMERON BAKER
Attorneys for Defendant Andrew Hall

**ATTORNEY ATTESTATION**

    I hereby attest that I have authorization from all of the above-named counsel to E-file this stipulation and this authority is reflected by the conformed signature ("/s/") within this E-filed document.

DATE: February 12, 2021     /s/ *Adante D. Pointer*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: February 12, 2021

HON RICHARD SEEBORG
Chief United States District Judge

Stipulation and [Proposed] Order To Amend Case Scheduling Order
Case No. C19-03440 RS

3