1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  JEANNIE ATIENZA, individually and as        No. C19-03440 RS
    successor-in-interest to Decedent
12  LAUDEMER ARBOLEDA;                           [PROPOSED] ORDER GRANTING MOTION
                                                 FOR SUMMARY JUDGMENT
13          Plaintiff,

14  v.                                           Date:    July 15, 2021
                                                 Time:    1:30 p.m.
15  ANDREW HALL, individually;                   Crtrm:   3, 17th Floor
    PHILLIP ARBOLEDA, individually, as           Judge:  Hon. Richard Seeborg, Presiding
16  successor-in-interest to Decedent            Date Action Filed:  June 17, 2019
    LAUDEMER ARBOLEDA, and DOES                  Trial Date:   December 6, 2021
17  1-50 inclusive,

18          Defendants.

19

20          Defendant Andrew Hall, having moved this Court pursuant to Federal Rule of Civil

21  Procedure Rule 16(b) for leave to file an Amended Answer, the motion having come before

22  the Court on regularly-scheduled hearing, and having considered the papers filed by the parties

23  with respect to this motion and oral argument, the Court hereby finds:

24          Defendant Andrew Hall, having moved this Court pursuant to Federal Rule of

25  Civil Procedure Rule 56 for summary judgment or, in the alternative, summary adjudication of

26  issues, the motion having come before the Court on regularly-scheduled hearing, and having

27  considered the papers filed by the parties with respect to this motion and oral argument, the

28  Court hereby rules as follows:

1    1.  The Court finds that there are no genuine issues of material fact for trial and Hall is

2    entitled to judgment as a matter of law for the reasons set out in the following paragraphs.

3    2.  Hall did not violate Laudemer Arboleda's Fourth Amendment rights or Atienza's

4    Fourteenth Amendment rights.  Additionally, based on the prior cases, Hall is given qualified

5    immunity as to both Section 1983 claims.

6    3.  The Court lacks subject matter jurisdiction over the three California state law claims.

7    4.  There is no liability under state law due to California Penal Code sections 196 and

8    835a.

9    5.  Hall is not liable as to the wrongful death negligence claim because his conduct was

10    not negligent and did not proximately cause Arboleda's death.

11    6.  Hall did not violate the Bane Act as he did not commit any constitutional violations

12    or act with the requisite intent required by that act.

13    7.  Hall did not assault Arboleda.

14    8.  Atienza lacks evidence to support her wrongful death damage claim because Hall

15    did not engage in any wrongful conduct that caused Arboleda's death.

16    9.  Atienza lacks evidence to support the punitive damage claim against Hall.

17    IT IS SO ORDERED.

18

19    Dated: _____

20                             HON. RICHARD SEEBORG
                                    UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28