**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Well Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNIE ATIENZA, individually and as successor-in-interest to Decedent LAUDEMER ARBOLEDA,<br><br>    Plaintiff,<br><br>  v.<br><br>TOWN OF DANVILLE, a municipal corporation; COUNTY OF CONTRA COSTA, a municipal corporation; ANDREW HALL, individually and in his capacity as a City of Danville Police Officer; and DOES 1-50 inclusive,<br><br>    Defendants.<br><br>. | CASE NO.:  C19-03440 RS<br><br>**NOTICE OF MANUAL FILING** |

# MANUAL FILING NOTIFICATION

Regarding:

(1) EXHIBITS 1, 5, 9-11 attached to the DECLARATION OF PATRICK BUELNA filed in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's Office. If you are a participant in this case, this filing will be served in hard-copy shortly. This filing was not efiled for the following reason(s):

[_]   Voluminous Document (PDF file size larger than the efiling system allows).

[_]   Unable to Scan Documents.

[_]   Physical Object (description): _____.

[X]   Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media.

[_]   Item Under Seal.

[_]   Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_]   Other (description): High Quality Photograph.

Date: June 17, 2021                             Respectfully submitted,

**POINTER & BUELNA, LLP**
**LAWYERS FOR THE PEOPLE**

/s/ Patrick Buelna
PATRICK M. BUELNA
COUNSEL FOR PLAINTIFFS

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

1

**CERTIFICATE OF SERVICE**
Atienza v. Hall
3:19-cv-03440-RS

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA:**

I am a citizen of the United States and employed in the county aforesaid; I am over the age of eighteen years, and not a party to the within action; My business address is 1901 Harrison Street, Suite 1140, Oakland, California 94612. On the date below, I served on the named parties and /or counsel of record:

D. Cameron Baker
Office of the County Counsel
County of Contra Costa
1025 Escobar Street, 3rd Floor
Martinez, CA 94553
925-655-2280
Fax: 925-655-2266
Email: cameron.baker@cc.cccounty.us

The following documents in the manner checked below:

**ELECTONIC EX 1, 5, 9-11 ISO PLTF OPP TO MSJ**

☐ **(VIA MAIL -- CCP §§ 1013(a), 2015.5)** By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and placing each for collection and mailing on that date following ordinary business practices. I am readily familiar with my firm's business practice of collection and processing of correspondence for mailing with the U.S. Postal Service and correspondence placed for collection and mailing would be deposited in the U.S. Postal Service at Oakland, California, with postage thereon fully prepaid, that same day in the ordinary course of business.

☐ **(VIA PERSONAL DELIVERY -- CCP §§ 1011, 2015.5)** By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and causing each envelope(s) to be hand delivered on that day by Russ Taylor, in the ordinary course of my firm's business practice.

☒ **(COURTESY COPY VIA E-MAIL or ELECTRONIC TRANSMISSION -- CCP §§ 1013(e), 2015.5, CRC 2008)** Based on the recent COVID-19 virus and state shelter in place order the parties accept service by e-mail or electronic transmission, I caused the document to be sent to the persons at the e-mail address(es) or the facsimile number listed above. I am readily familiar with my firm's business practice of collection and processing of correspondence via facsimile transmission(s) and any such correspondence would be transmitted in the ordinary course of business. The facsimile transmission(s) was reported as complete and without error, and a copy of the transmission report is attached.

☐ **(VIA OVERNIGHT MAIL/COURIER -- CCP §§ 1013(c), 2015.5)** By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and placing each for collection by overnight mail service or overnight courier service. I am familiar with my firm's business practice of collection and processing of correspondence for overnight mail or overnight courier service, and my correspondence placed for collection for overnight delivery would, in the ordinary course of business, be delivered to an authorized courier or driver authorized by the overnight mail carrier to receive documents, with delivery fees paid or provided for, that same day, for delivery on the following business day.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on **June 17, 2021**, at Oakland, California.

/s/Patrick Buelna
Patrick Buelna

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

1