# EXHIBIT 1

# Manually Filed