1

2   **JOHN L. BURRIS, ESQ., SBN 69888**
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
3   7677 Oakport Street, Suite 1120
Oakland, CA 94621
4   Telephone:  (510) 839-5200
Facsimile:  (510) 839-3882
5   Email: john.burris@johnburrislaw.com

6   **PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
7   LAWYERS FOR THE PEOPLE
Well Fargo Center
8   1901 Harrison St., Suite 1140,
Oakland, CA 94612
9   Tel: 510-929-5400
Email: PBuelna@LawyersFTP.com

10

11                    UNITED STATES DISTRICT COURT

12

| | |
|---|---|
| JEANNIE ATIENZA, individually and as successor-in-interest to Decedent LAUDEMER ARBOLEDA, | CASE NO.:  C19-03440 RS |
| | **DECLARATION OF PATRICK BUELNA** |
| Plaintiff, | |
| v. | |
| TOWN OF DANVILLE, a municipal corporation; COUNTY OF CONTRA COSTA, a municipal corporation; ANDREW HALL, individually and in his capacity as a City of Danville Police Officer; and DOES 1-50 inclusive, | |
| Defendants. | |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**Declaration of Patrick Buelna**

I, Patrick Buelna, declare:

1.      I am an attorney who is licensed to practice law in California and before this Court. I represent the named Plaintiffs in the above-captioned action. I have personal knowledge of the facts contained in this declaration, and if called up to testify, I could and would testify competently as to the truth of the facts contained herein.

2.      Attached as Exhibit 1 is a true and correct copy of an audio recording of the Danville Police Department Dispatch Audio. ["Dispatch Audio"]. The exhibit was manually filed on USB and served via electronic service to the Court's proposed order email and to Defendant's counsel.

3.      Attached as Exhibit 2 is a true and correct copy of the Deposition of Nicholas Muller. ["Muller Depo"].

4.      Attached as Exhibit 3 is a true and correct copy of the Deposition Charles Caruso. ["Caruso Depo"].

5.      Attached as Exhibit 4 is a true and correct copy of the Deposition of Sonasi Maka. ["Maka Depo"].

6.      Attached as Exhibit 5 is a true and correct copy of video recording from the body-worn camera of Nicholas Muller. ["Muller BWC."] The exhibit was manually filed on USB and served via electronic service to the Court's proposed order email and to Defendant's counsel.

7.      Attached as Exhibit 6 is a true and correct copy of a portion of the County's Use of Force Policy.

8.      Attached as Exhibit 7 is a true and correct copy of Deposition of Chris Martin. ["Martin Depo"].

9.      Attached as Exhibit 8 is a true and correct copy of Deposition of Defendant Andrew Hall. ["Hall Depo"].

10.      Attached as Exhibit 9 is a true and correct copy of video recording from the front-facing dashboard camera in the patrol vehicle of Chris Martin. ["Martin Dash Cam"]. The

---

**Declaration of Patrick Buelna**

exhibit was manually filed on USB and served via electronic service to the Court's proposed order email and to Defendant's counsel.

11.    Attached as Exhibit 10 is a true and correct copy of video recording from the front-facing dashboard camera in the patrol vehicle of Nicholas Muller. ["Muller Dash Cam"]. The exhibit was manually filed on USB and served via electronic service to the Court's proposed order email and to Defendant's counsel.

12.    Attached as Exhibit 11 is a true and correct copy of video recording from the body-worn camera of Defendant Andrew Hall. ["Hall BWC"]. The exhibit was manually filed on USB and served via electronic service to the Court's proposed order email and to Defendant's counsel.

13.    Attached as Exhibit 12 is a true and correct copy of portions of the deposition transcript of Defendant Hall's statement to homicide investigators.

14.    Attached as Exhibit 13 is a true and correct copy of portions of the deposition transcript of Lt. Johnsons the Rule 30 (b)(6) witness that is the Person Most Knowledgeable of Defendant Hall's trainings and policies for the use of deadly force.

I submit this Declaration under penalty of perjury under the laws of the United States and that this declaration was executed in Oakland, CA on June 17, 2021.

/s/ Patrick Buelna

PATRICK M. BUELNA
COUNSEL FOR PLAINTIFFS

**Declaration of Patrick Buelna**