**FILED**

DEC 6 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JEANNIE ATIENZA, individually and as successor-in-interest to Decedent Laudemer Arboleda, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> ANDREW HALL, <br><br> Defendant-Appellant, <br><br> and <br><br> PHILLIP ARBOLEDA; DOES, 1-50, inclusive, <br><br> Defendants. | No.   21-16344 <br><br> D.C. No. 3:19-cv-03440-RS <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Appellant's motion to dismiss this appeal (Docket Entry No. 13) is granted.

Fed. R. App. P. 42(b).  The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Stephen M. Liacouras
Chief Circuit Mediator