PATRICK BUELNA, ESQ., SBN 317043
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNIE ATIENZA, et al.<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW HALL, et al.<br><br>    Defendant(s). | Case No. 3:19-cv-03440-RS<br><br>**STIPULATION AND PROPOSED ORDER TO DISMISS DEFENDANTS** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice in its entirety and as to each and every defendant, including the Defendant ANDREW HALL pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  The parties stipulate for each party to bear its own attorney's fees and costs.

Dated:  December 10, 2021

                                          By:   /s/*Patrick M. Buelna*
                                                 Patrick M. Buelna, Esq.
                                                 Attorney for Plaintiff

/
/
/

1
2  Dated: December 10, 2021

3                                                   By:   /s/*Cameron Baker* (Auth. 12/10/2021)
4                                                         Cameron Baker, Esq.
                                                          Attorneys for Defendants
5
6
7         **IT IS SO ORDERED**:
8
9
10  DATED: _____, 2020        _____
11                                                         HON. RICHARD SEEBORG
                                                           Judge of the United States District Court
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND PROPOSED ORDER TO DISMISS DEFENDANTS