PATRICK BUELNA, ESQ., SBN 317043
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNIE ATIENZA, et al. | Case No. 3:19-cv-03440-RS |
| Plaintiff, | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO DISMISS DEFENDANTS** |
| vs. | |
| ANDREW HALL, et al. | |
| Defendant(s). | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice in its entirety and as to each and every defendant, including the Defendant ANDREW HALL pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  The parties stipulate for each party to bear its own attorney's fees and costs.

Dated:  December 10, 2021

By:  /s/*Patrick M. Buelna*
Patrick M. Buelna, Esq.
Attorney for Plaintiff

/
/
/

1
STIPULATION AND ~~PROPOSED~~ ORDER TO DISMISS DEFENDANTS

Dated: December 10, 2021

By: /s/*Cameron Baker* (Auth. 12/10/2021)
Cameron Baker, Esq.
Attorneys for Defendants

**IT IS SO ORDERED**:

DATED: December 13, 2021
~~DATED: _____, 2020~~

HON. RICHARD SEEBORG
Judge of the United States District Court

2

STIPULATION AND ~~PROPOSED~~ ORDER TO DISMISS DEFENDANTS